```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 06 B 02975
   SANDRA L RAMOS
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-6731
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/23/06 and confirmed on 05/19/06.

   2.  The case was dismissed after confirmation, 03/14/2008.

   3.  The Debtor paid a total of $   13160.00 .

   4.  The Trustee made disbursements to creditors as follows:

---
```
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID            PAID
```
---
```
SELECT PORTFOLIO SERVICI  CURRENT MORTG          .00            .00             .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE     17362.32            .00        10833.31
CAPITAL ONE BANK          UNSECURED           709.40            .00             .00
CITI CARD                 UNSECURED         NOT FILED           .00             .00
ECAST SETTLEMENT CORPORA  UNSECURED           772.55            .00             .00
MIDLAND CREDIT MGMT       UNSECURED         NOT FILED           .00             .00
NICOR GAS                 UNSECURED         NOT FILED           .00             .00
         Summary of disbursements:
```
---
```
                    SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
```
---
```
TOTAL CLMS ALLOWED  17362.32        .00       1481.95         .00      18844.27
PRINCIPAL PAID      10833.31        .00           .00         .00      10833.31
INTEREST PAID            .00        .00           .00         .00            .00
TOTAL PAID          10833.31        .00           .00         .00      10833.31
```
The Debtor's attorney, JAMES A YOUNG & ASSOC         , was allowed $   2500.00
and was paid $    600.00   direct and $   1900.00   through the plan.

The Trustee received $     426.69 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 06/23/08                    /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE

```
                              PAGE   2
     CASE NO. 06 B 02975 SANDRA L RAMOS
```